| **Return** | | |
|---|---|---|
| Case No.: <br> 8:20-MJ-00642 | Date and time warrant executed: <br> 09/23/2020, 06:00am | Copy of warrant and inventory left with: <br> Glen Larrabee & Rena Larrabee |

Inventory made in the presence of :
   No inventory taken

Inventory of the property taken and name of any person(s) seized:
   No items siezed from the vehicle.

**Certification**

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   09/25/2020

*Executing officer's signature*

Ryan McDuffy, Task Force Officer- ATF
*Printed name and title*